STATE OF CONNECTICUT *v.* JOHN M. SULLIVAN

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Louis W. Johnson,* in support of the petition.

Submitted October 30—decided November 10, 1967

CAROL C. LOWE *v.* MORTON E. LOWE

The motion by the plaintiff for an order directing the trial court to make a finding in the appeal from the Superior Court in Fairfield County is denied. Practice Book § 688.

*Sigmund L. Miller,* in support of the motion.

Submitted October 24—decided November 21, 1967

J. DONALD KYSER ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WESTPORT ET AL.

J. DONALD KYSER ET AL. *v.* MICHAEL SOCHACKI ET AL.

The motion in each case by the defendants William E. and Byrd F. Bomar for a review of the clerk's taxation of costs in the appeal from the Court of Common Pleas in Fairfield County is denied.

*John Keogh, Jr.,* in support of the motions.

Submitted October 30—decided November 21, 1967